UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA J. MORRISON,

        Plaintiff,                  Case no. 13-12561
                                              Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge R. Steven Whalen's report and recommendation, issued August 27, 2014. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: September 17, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, September 17, 2014, using the ECF system.

s/William Barkholz
Case Manager